STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Angela_Hansen@fd.org

Counsel for Defendant WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER WILSON,<br><br>Defendant. | **Case No.:** CR 17–00268 JST<br><br>**STIPULATED REQUEST TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING DATE TO JULY 6, 2018, AND [PROPOSED] ORDER** |

The above-captioned matter is set on May 25, 2018, for a status hearing based on allegations in a Form 12 Petition that Mr. Wilson violated the terms of his supervised release by committing Grade C violations. The parties jointly request that the Court continue this matter to July 6, 2018, at 9:30 a.m., for a status hearing.

The reason for this request is that the parties would like additional time to propose a potential joint disposition and to monitor Mr. Wilson's compliance with the terms of his probation. The parties met and conferred regarding the violations and plan to continue to work with Mr. Wilson on the allegations in the Form 12. The probation officer assigned to this case agrees with the requested continuance and is available on the requested date.

Because this case involves an allegation that Mr. Wilson has violated the terms of his supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not apply.

DATED: May 23, 2018                  / S /
                                                               ANGELA MILELLA HANSEN
                                                               Assistant Federal Public Defender

DATED: May 23, 2018                  / S /
                                                                CHRISTINA M. McCALL
                                                               Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that Mr. Wilson violated the terms of his supervised release;
2. Given that the parties need time to prepare this case for possible disposition;
3. Given that the parties would like to continue to monitor Mr. Wilson's progress;
4. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the May 25, 2018, supervised release violation hearing date is vacated and reset to July 6, 2018, at 9:30 a.m., for a status hearing.

IT IS SO ORDERED.

Dated: May 23, 2018

THE HONORABLE JON S. TIGAR
United States District Judge