IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER WILSON,<br><br>Defendant. | **Case No.:** CR 17–00268 JST<br><br>**[PROPOSED ORDER] VACATING SUPERVISED RELEASE EVIDENTIARY HEARING DATE AND SETTING MATTER ON MAGISTRATE CALENDAR FOR IDENTIFICATION OF COUNSEL** |

Based on the reasons provided in the stipulation of the parties above, the Court hereby vacates the evidentiary hearing date on October 16, 2018, at 2 p.m., and resets this matter on the duty magistrate calendar at 9:30 a.m. on October 16, 2018, for identification of counsel.

IT IS SO ORDERED.

October 10, 2018

_____
THE HONORABLE JON S. TIGAR
United States District Judge